AO 91 (Rev. 11/82)

# CRIMINAL COMPLAINT

| LODGED<br>CLERK, U.S. DISTRICT COURT<br>3/18/22<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___eva___ DEPUTY | UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|---|
| | UNITED STATES OF AMERICA<br>v.<br>FRANCISCO VASQUEZ DORANTES, also known as ("aka") "Frank Vasquez," aka "Francisco Vasquez Durantes." | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>SA22-MJ-00210-DUTY |

FILED
CLERK, U.S. DISTRICT COURT
MAR 18 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Complaint for a violation of Title 8, United States Code, Sections 1326(a); (b)(2)

| NAME OF MAGISTRATE JUDGE<br>HONORABLE DOUGLAS F. McCORMICK | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Santa Ana, California |
|---|---|---|
| DATE OF OFFENSE<br>August 8, 2020 | PLACE OF OFFENSE<br>Orange County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

SEE ATTACHMENT

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>JARED BROMBERG |
|---|---|
| | OFFICIAL TITLE<br>Deportation Officer-DHS/ICE |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE[(1)] | | DATE<br>March 18, 2022 |
|---|---|---|

[(1)] See Federal Rules of Criminal Procedure 3 and 54
AUSA: Rosalind Wang.ccf  (714) 338-3547

ATTACHMENT

On or about August 8, 2020, defendant FRANCISCO VASQUEZ DORANTES, also known as ("aka") "Frank Vasquez," aka "Francisco Vasquez Durantes," an alien, was found in Orange County, within the Central District of California, after having been officially deported and removed from the United States on or about September 22, 1989, March 25, 1998, December 28, 1998, September 22, 1999, September 10, 2001, January 22, 2002, August 26, 2005, November 12, 2008, and April 26, 2013, without having obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to reapply for admission to the United States following deportation or removal.

At least one of defendant's previously alleged deportations and removals from the United States occurred subsequent to defendant's conviction for the following aggravated felonies and felonies: (1) Theft With a Prior Conviction, in violation of California Penal Code Sections 666-484(a)-488, and Burglary Second Degree-Commercial Structure, violation of California Penal Code Section 459-460(b), on or about October 30, 1996, in the Superior Court of the State of California, County of Orange, Case Number 96CF2957, for which defendant received a sentence of 120 day of imprisonment; (2) Theft With a Prior Conviction, in violation of California Penal Code Sections 666-484(a)-488, on or about June 27, 1997, in the Superior Court of the State of California, County of Orange, Case Number 97CF1786, for which defendant received a sentence of 16 months of imprisonment; (3) Attempted Possession of Heroin, in violation of California Health and Safety Code Section 664-11350(a), on or about January 18, 2002, in the Superior Court of California, County of Orange, Case Number 01CF3458, for which defendant received a sentence of three years of formal probation; (4) Theft With a Prior Conviction, in violation of California Penal Code Sections 666-484(a)-488, on or about July 29, 2002, in the Superior Court of the State of California, County of Orange, Case Number 02NF2185, for which defendant received a sentence of 16 months of imprisonment; (5) Deported Alien Found in the United States, in violation of Title 8, United States Code, Sections1326, on or about September 9, 2003, in the United States District Court for the Eastern District of California, Case Number CR-F-03-5098-AWI, for which defendant received a sentence of 33 months of imprisonment; and (6) Illegal Alien Found in the United States Following Deportation or Removal, in violation of Title 8, United States Code, Sections 1326(a), on or about March 16, 2012, in the United States District Court for the Central District of California, Case Number CR 11-1059-PSG, for which defendant received a sentence of 21 months of imprisonment.

A F F I D A V I T

I, Jared Bromberg, being duly sworn, do hereby depose and say:

1. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since June 2009. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") Unit, Santa Ana office. Prior to working as a DO with ICE, I worked as an Immigration Enforcement Agent with ICE since February 2007. Prior to working for ICE, I worked as a Customs and Border Protection Officer with United States Customs and Border Protection ("CBP") since July 2004. Prior to working for CBP, I worked as an Immigration Inspector for INS since August 2002.

2. This affidavit is made in support of a criminal complaint against FRANCISCO VASQUEZ DORANTES, also known as ("aka") "Frank Vasquez," aka "Francisco Vasquez Durantes" ("VASQUEZ"), charging a violation of Title 8, United States Code, Section 1326(a), (b)(2) (Illegal Alien Found in the United States Following Deportation or Removal). The facts set forth in this affidavit are based upon my personal observations, my

training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and does not purport to set forth all of my knowledge of, or investigation into, this matter.

  3. On or about August 8, 2020, VASQUEZ was determined to be at the Orange County Jail in Santa Ana, California by Deportation Officer H. Zebari ("DO Zebari"). DO Zebari is authorized to enforce Immigration laws pursuant to Section 287(a) of the Immigration and Nationality Act. DO Zebari determined that Vasquez was amenable to DHS/ICE enforcement action and issued an Immigration Detainer (Form I-247) against VASQUEZ.

  4. On or about March 18, 2022, Deportation Officer N. Honda ("DO Honda") interviewed VASQUEZ at the ICE Santa Ana Detention Facility. DO Honda is authorized to enforce Immigration laws pursuant to Section 287(a) of the Immigration and Nationality Act. DO Honda completed a form Record of Deportable/Inadmissible Alien (Form I-213), which contained VASQUEZ's biographical information.

  5. On or about March 18, 2022, I reviewed Alien File Number A28 785 906 ("A-File"), which is maintained for the subject alien VASQUEZ. An "A-File" is a file in which

immigration records are maintained for aliens admitted to or found in the United States. The A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by DHS (or INS) with respect to the subject alien for whom the A-File is maintained. A review of VASQUEZ's A-File revealed the following information and documents:

    a.    Photographs of the alien subject to whom A-File A28 785 906 corresponds. I compared these photographs to the ICE booking photograph of VASQUEZ taken on or about March 18, 2022. These photographs appear to depict the same person. Thus, I believe that A-File No. A28 785 906 and its contents correspond to VASQUEZ.

    b.    A Record of Deportable Alien (Form I-213), which indicated that Special Agent Lonnie Wilson encountered VASQUEZ on or about May 16, 1989, at the Orange County Jail in Orange County, California.

    c.    An Order of the Immigration Judge showing that VASQUEZ was ordered removed from the United States to Mexico by Michael H. Bennett, Immigration Judge, on or about September 22, 1989.

    d.    An executed Warrant of Deportation indicating that VASQUEZ was officially removed and deported from the United

States to Mexico on or about September 22, 1989, at the Port of Entry Calexico, California.

  e. An Order of the Immigration Judge showing that VASQUEZ was ordered removed from the United States to Mexico by Immigration Judge Staton, on or about February 27, 1998.

  f. An executed Warrant of Removal/Deportation indicating that VASQUEZ was officially removed and deported from the United States to Mexico on or about March 25, 1998, at the Port of Entry Calexico, California.

  g. An executed Warrant of Removal/Deportation indicating that VASQUEZ was officially removed and deported from the United States to Mexico on or about December 28, 1998, at the Port of Entry Calexico, California.

  h. An executed Warrant of Removal/Deportation indicating that VASQUEZ was officially removed and deported from the United States to Mexico on or about September 22, 1999, at the Port of Entry Calexico, California.

  i. An executed Warrant of Removal/Deportation indicating that VASQUEZ was officially removed and deported from the United States to Mexico on or about September 10, 2001, at the Port of Calexico, California.

  j. An executed Warrant of Removal/Deportation indicating that VASQUEZ was officially removed and deported from

the United States to Mexico on or about January 22, 2002, at the Port of San Ysidro, California.

      k.    An Order of the Immigration Judge showing that VASQUEZ was ordered removed from the United States to Mexico by Scott M. Jefferies, Immigration Judge, Florence, Arizona, on or about August 25, 2005.

      l.    An executed Warrant of Removal/Deportation indicating that VASQUEZ was officially removed and deported from the United States to Mexico on or about August 26, 2005, at the Port of Nogales, Arizona.

      m.    An executed Warrant of Removal/Deportation indicating that VASQUEZ was officially removed and deported from the United States to Mexico on or about November 12, 2008, at the Port of San Ysidro, California.

      n.    An executed Warrant of Removal/Deportation indicating that VASQUEZ was officially removed and deported from the United States to Mexico on or about April 26, 2013, at the Port of Brownsville, Texas.

      o.    I know from my training and experience that a Warrant of Deportation, Warrant of Removal/Deportation, or Notice to Alien Ordered Removed/Departure Verification is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and

usually contains the subject's photograph, signature, and/or fingerprint. The executed Warrants of Removal/Deportation and Warrant of Deportation in VASQUEZ's A-File contain his photograph, signature, and fingerprint.

  p. A record of conviction indicating that on or about October 30, 1996, VASQUEZ was convicted of Theft with Prior Conviction, in violation of California Penal Code Section 666-484(a)-488, and Burglary Second Degree-Commercial Structure, violation of California Penal Code Section 459-460(b), in the Superior Court of California, County of Orange, Case Number 96CF2957, for which VASQUEZ was sentenced to 120 days of imprisonment.

  q. A record of conviction indicating that on or about June 27, 1997, VASQUEZ was convicted Theft with Prior Conviction, in violation of California Penal Code Section 666-484(a)-488, in the Superior Court of California, County of Orange, Case Number 97CF1786, for which VASQUEZ was sentenced to 16 months of imprisonment.

  r. A record of conviction indicating that on or about January 18, 2002, VASQUEZ was convicted of Attempted Possession of Heroin, in violation of California Health and Safety Code Section 664-11350(a), in the Superior Court of California, County of Orange, Case Number 01CF3458, for which

VASQUEZ was sentenced to three years of formal probation.

   s. A record of conviction indicating that on or about July 29, 2002, VASQUEZ was convicted of Theft with a Prior Conviction, in violation of California Penal Code Section 666-484(a)-488, in the Superior Court of California, County of Orange, Case Number 02NF2185, for which VASQUEZ was sentenced to 16 months of imprisonment.

   t. A record of conviction indicating that on or about September 9, 2003, VASQUEZ was convicted of Deported Alien Found in the United States, in violation of Title 8, United States Code, Section 1326, in the United States District Court for the Eastern District of California, Case Number CR-F-03-5098-AWI, for which VASQUEZ was sentenced to 33 months of imprisonment.

   u. A record of conviction indicating that on or about March 16, 2012, VASQUEZ was convicted of Illegal Alien Found in the United States Following Deportation, in violation of Title 8, United States Code, Section 1326(a), in the United States District Court for the Central District of California, Case Number CR 11-1059-PSG, for which VASQUEZ was sentenced to 21 months of imprisonment.

   6. On or about March 18, 2022, I obtained and reviewed a printout of the data from the Federal Bureau of Investigation

Record ("FBI") and California Criminal Identification Information ("CII") for VASQUEZ, the individual who is the subject of this affidavit and who is now in ICE custody. I compared the data on these documents to that found in the INS Central Index System ("CIS") under the assigned A-File, which I believe is VASQUEZ's alien number. I also compared the data from these documents to the FBI and CII records contained in the A-File. I found that the data from the FBI and CII records contained in VASQUEZ's A-File contains the same FBI number that is found in the FBI, CII, and CIS records that I obtained. In addition, the CII and FBI printouts I obtained reflect the convictions that are described above. Based on this review, I believe that VASQUEZ is the same person who incurred the convictions described above and who was ordered deported and/or removed as described in the A-File.

7. On or about March 18, 2022, I reviewed the DHS computer indices on VASQUEZ. Based on my training and experience, I know that the DHS computer indices track and document each time an alien is deported from the United States by ICE (or INS) or is granted permission to enter or re-enter the United States. The DHS computer indices confirmed that VASQUEZ had been removed and deported on or about the dates indicated on the Warrants of Removal/Deportation and Warrant of

8

Deportation found in VASQUEZ's A-File. The DHS computer indices further indicated that VASQUEZ had not obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to re-enter the United States legally since VASQUEZ had last been deported.

8.  I found nothing in VASQUEZ's A-File that indicated that he had applied to the United States Attorney General or his designated successor, the Secretary of Homeland Security, for permission to re-enter the United States following deportation and removal. Based upon my knowledge, training, and experience, I believe that if any application had been made, a record would ordinarily be located in the A-File.

9.  Based on my review of the contents of A-File A28 785 906, in particular the Warrants of Removal/Deportation and Warrant of Deportation indicating that VASQUEZ had been removed and deported to Mexico on nine occasions and my training and experience, I determined that VASQUEZ is an alien, that is, a citizen of Mexico who illegally re-entered the United States without permission.

10. On or about March 18, 2022, I interviewed VASQUEZ at the Santa Ana Federal Building, Santa Ana, California. I believe VASQUEZ was the same individual whose photographs were attached to the Warrants of Removal/Deportation and Warrant of

Deportation contained in VASQUEZ's A-File.

11. On or about March 18, 2022, I advised VASQUEZ of his Miranda rights, which he invoked. VASQUEZ was advised of his right to communicate with the consular or diplomatic officer(s) from his country. Further communications with VASQUEZ ceased.

12. Based on the foregoing facts, I have probable cause to believe that FRANCISCO VASQUEZ DORANTES is in violation of Title 8, United States Code, Section 1326(a), (b)(2): Illegal Alien Found in the United States Following Deportation.

Jared Bromberg
Deportation Officer - ICE

Subscribed and sworn to before me on this 18th day of March 2022.

DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

10